UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROY D. MORAGA,<br><br>Plaintiff<br><br>v.<br><br>HARTMAN, et al.,<br><br>Defendants | Case No. 3:25-cv-00399-ART-CSD<br><br>**ORDER** |

Pro se plaintiff Roy D. Moraga, an inmate in the custody of the Nevada Department of Corrections, submitted a motion requesting that the Court open a case for a complaint and application to proceed *in forma pauperis* that he filed on January 14, 2025. (ECF No. 1-1). Plaintiff subsequently filed a motion requesting that this case be consolidated with case no. 3:25-cv-00030-MMD-CSD, which he appears to indicate is the original case that he filed in January 2025. (ECF No. 3). Plaintiff did not file an application to proceed *in forma pauperis* or a complaint in this case. (ECF No. 1).

I. **DISCUSSION**

    **A. The Court denies Plaintiff's motion to open a case for his previously filed documents.**

Plaintiff filed a motion stating that he submitted a complaint and an application to proceed *in forma pauperis* to the prison law library in January 2025, but that a case was never opened for those documents, and Plaintiff never received a case number. (ECF No. 1-1). In his motion, Plaintiff asks that the Court now open a case for those documents and provide him a case number so that he can file motions for that case. (*Id.* at 2). However, Plaintiff filed a subsequent motion to consolidate in which he appears to state that he discovered his previously filed complaint and application to proceed *in forma pauperis* were filed in case no. 3:25-cv-00030-MMD-CSD. (ECF No. 3). Because it appears that a case has already been opened for the complaint and application to proceed *in forma pauperis* that Plaintiff filed in January 2025, and Plaintiff now has the

case number and can file motions in that case, the Court denies Plaintiff's motion to open a case as moot.

### B. The Court denies Plaintiff's motion to consolidate cases.

Federal Rule of Civil Procedure 42(a) provides that a court may consolidate two actions if the actions "involve a common question of law or fact." Fed. R. Civ. P. 42(a)(2). In this case, Plaintiff has not filed a complaint, and it is not clear what, if any, claims Plaintiff is pursuing in this case. Therefore, the Court cannot determine whether there are common questions or law or fact that would support consolidation, and the Court denies the motion without prejudice.

### C. Plaintiff must file a complaint.

"A civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. "A civil-rights complaint filed by a person who is not represented by an attorney must be submitted on the form provided by this court or must be legible and contain substantially all the information called for by the court's form." LSR 2-1. And the complaint must be signed personally by the unrepresented party. Fed. R. Civ. P. 11(a).

If Plaintiff wishes to pursue a civil rights claim in this case, he must file a complaint by **November 14, 2025**. Alternatively, if Plaintiff only wanted to find out the case number for his previously filed case, information which he now has, and he does not want to initiate a second case, then Plaintiff may move to voluntarily dismiss this case.

### D. Plaintiff must either pay the filing fee or apply to proceed *in forma pauperis.*

The United States District Court for the District of Nevada must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). As of December 1, 2023, the fee for filing a civil-rights action is $405, which includes the $350 filing fee and the $55 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." LSR 1-1. For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed** *in*

*Forma Pauperis* for Inmate, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. *See* 28 U.S.C. § 1915(a)(1)–(2); LSR 1-2. *In forma pauperis* status does not relieve an inmate of his or her obligation to pay the filing fee, it just means that the inmate can pay the fee in installments. *See* 28 U.S.C. § 1915(b). If Plaintiff wishes to pursue a civil claim in this case, he must pay the $405 filing fee or file an application to proceed *in forma pauperis* by **November 14, 2025**.

## II.   CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff's motion to open a case for the complaint and application to proceed *in forma pauperis* that he filed in January 2025 (ECF No. 1) is **DENIED** as moot.

IT IS FURTHER ORDERED that Plaintiff's motion to consolidate this case with case no. 3:25-cv-00030-MMD-CSD (ECF No. 3) is **DENIED** without prejudice.

IT IS FURTHER ORDERED that Plaintiff has **until November 14, 2025**, to file a complete, signed complaint on this Court's approved form.

IT IS FURTHER ORDERED that Plaintiff has until **November 14, 2025**, to either pay the full $405 filing fee or file a fully complete application to proceed *in forma pauperis* with all three required documents: a completed application with the inmate's two signatures on page 3; a completed financial certificate that is signed both by the inmate and the prison or jail official; and a copy of the inmate's trust fund account statement for the previous six-month period.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complete application to proceed *in forma pauperis* or pay the required filing fee and filed a complaint.

1  IT IS FURTHER ORDERED that the Clerk of the Court is directed to send Plaintiff
2  Roy D. Moraga the approved form application to proceed *in forma pauperis* for an inmate
3  and instructions for the same and the approved form for filing a 42 U.S.C. § 1983
4  complaint and instructions for the same.

6  DATED THIS 18th day of August 2025.

_____
UNITED STATES MAGISTRATE JUDGE